IN AND FOR WAKULLA COUNTY, FLORIDA
CIRCUIT COURT CIVIL DIVISION
OFFICE OF THE CLERK

GERRY L. RAWSON-P.A, AKA-
KANDY-RED, no others Md.d/

4:21cv432-AW/EMT

Vs.

AMERICAN CORRECTIONAL ASSOCIATION
STANDARDS and ACCREDITATION DEPARTMENT
206 NORTH WASHINGTON STREET, SUITE #200
ALEXANDRIA, VIRGINIA 22314, DESIGNATED
REPRESENTATIVES/CLAIM ADJUSTER(S), etc, et. al. /

PETITION FOR WRIT OF HABEAS CORPUS FOR
UNLAWFUL RESTRAINTS AGAINST MY WILL WITH
IMMINENT AND IMMEDIATE RISK OF SERIOUS
BODILY HARM BEING DONE, VIA POISONING(s)

I, Gerry L. Rawson-Cooper-P, AKA-KANDY-RED, Do
SWEAR or AFFIRM THAT OR DECLARE ANY FACTS OR ANY
STATEMENTS AFOREMENTIONED TO BE TRUE AND OR CORRECT
OR MADE WITH GOOD FAITH SO HELP ME GOD'S, WHILE
of SOUND STATE of MIND, UNDER PENALTY OF DEATH,
AND PERJURY AND OR TO THE BEST of MY KNOWLEDGE.
SAID AND DONE on THIS DATE 11/12/21, A.D.

First) This concerns a Southern Division of Florida
case number unknown, However Criminal Felony court case
No. 89 06 233 CFAES, and Circuit Case No. 97-3811CA & also
2nd DCA, LAKELAND, FLORIDA, APPEAL DOCKET #2D21-2903,
FOR MALICIOUS PROSECUTION, SELECTIVE PROSECUTIONS, &
FALSE IMPRISONMENT, ABUSE OF PROCESS, AND CURRENT ON-

↳ Pg. 1-3 ↲

FILED USDC FLND TL
OCT 26 '21 PM 4:28

Thical arbretrary abuse(s) of powers, with unbearable influencee of all others on local environment all venue change issues now become ripe for mally change of venue demanded outside the entire 6th judicial circuit court domain; unless otherwise instructed by thines Nate ais u.s supreme court, office of the clerk, at Supreme court building, Washington, D.C. 20542.

2) Trial court erred by issuing Firearm Gun Mandatory minimum for a Second Degree felony of Attempted Robbery with a Deadly weapon. ※ No such thing as a Attempt, unless Rapist, Also Appellant court of Jurisdiction erred erroneously by indicating the incompetent Trial court did pass a constitutional sentence, As unconstitutional, As of now A law, legally Binding in all My Beds. Where hatemongering Ran A Rampant, meaning right in the open. Mallotto, etc. etc.

3) Magistrate Judge adjudicated Ranson-myself do not need to hire a attorney styled Gerry L Ranson vs. Hon. Mayanard P. Swanson, Jr, Circuit court Judge, en office of The Clerk, Hon: Jed Pittman, Pasco County Courthouse, And 38053 Live Oak Avenue, Dade City, Florida, 33523.
✱ Illegal D.T.U. Program Placement For Past 3-5 years. I was transferred Here to Wakulla C.D, Annex, Soon As I opened the legal mail envelope. I've been here at W. C.D, annex, Being poisoned by prison guards, Doctor, or Nurse, etc. Just like in Pasco county Jail, located in rural Dade city, Florida, 33525. New Port Richey Florida Jail, or also included, Land O Lakes detention Facility. This pleader is entitled to Emergency Relief, such as keep Safer Housing, other protective management(s), With Regular $110.00 dollars a week as weekly canteen privileged desired. with inmate Bank trust Fund.

WHEREFORE PLEADER MOVANT PETITIONER PRO-SE NOW COMES FOR AN ORDER OF PROPRIETY UNDER R.S. 57.085. I HAVE FILING FEE FOR HABEAS CORPUS IN MY BANK TRUST FUND, HOWEVER THE BUSINESS NOT GONNA FURNISH THE 6TH MONTH STATEMENT COMPUTER PRINT OUT, DUE TO UNLAWFUL WHITE SKINNED PROTRUSIONS. NOW COURT ORDERED LABATORY BLOOD SPECIMENS NOW SOUGHT BY DEMAND OF % RONALD W. FLURY, CIRCUIT COURT JUDGE, FOR CASE NO. 2021-CA-000126. NEWER DEFUNCT AS LATER, LEON COUNTY CIR. CT. CIV. CASE NO. 2021-CA-*000128.

### DEMAND FOR SETTLEMENT

1) ARBITRATION REFERRAL(S) ALL NON-BINDING.

2) NON-RESTRAINTS MOVEMENT, TRANSFER PRISON OR OUTER FACILITY LEVEL, ALL NATIONS EXISTED OR NONE.

3) DEMAND TO USE INMATE CANTEEN #12 WAKULLA ANNEX, AT WILL, JUST AS LONG AS I HAVE MONEY ON THE BOOK.

4) PERSONAL TRIPS TO LAW LIBRARY, DENTAL, MEDICAL, RECREATION, Etc.

5) USE OF A AUTHORIZED PHONE W/O PAYING BILLS, Etc. WITH LONG DISTANCE CALLS INCLUDED, VIA LEGAL OR MY PERSONAL REASONS DIRECTLY, RESULT ESTRANGEMENTS, TEMPORARILY OR LONG TERM PERIOD OF TIME, Etc.

I, GERRY L. RAWSON, AKA-CANDY-RED, DECLARE A TRUE AND CORRECT COPY FURNISHED TO: RON DESANTES, GOVERNOR, 400 SOUTH MONROE STREET, TALLAHASSEE, FLORIDA 32355. FURNISHED VIA U.S. REGULAR MAIL, ON THIS 12TH DAY OF NOVEMBER 2021, A.D.

Mr. Gerry L. Rawson, P.A *
FLA. BAR NO. 0114511 * *

CERTIFICATE OF SERVICE

I, Gerry L. Ransomes, P.A., currently not on any form of psychotropic medication, of sound state of mind do certify that only a original copy furnished to the U.S Dept of Justice Special Litigation Division c/o P.O No. 97-2979, with U.S Regular Mail, after being threatened daily with poisonous food, meds, etc just as court ordered blood test 3/58, results still unresolved, due to unlawful govt authority since Birth 8/26/65. Under penalty of death all statements within are true and correct or nicked with good faith and to the best of my knowledge, so help me God's of all worlds. Done to: Hon. Stanley R. Mills, Jr being the United States of America, Aryan Nation Brotherhood Religious Harmoagerent Leader, as several judge, too me or judicial etc per Pasco & Pinellas county, Florida, 2F West Pasco Judicial Center, 7530 Little Road, New Port Richy, Florida 34654, New Florida Bar member, and now - Judicial Qualifications member, complaint # 0648, and don't know or what the attorney do and what they are legally sane for all listed ? and as laws's for judges included, as most incompetent uneducated ever, due illegal laws's for all channeling with blipping ears, etc. Ex Parte Presence, A Federal Court of law seek address expressly by gov't agency or clerk entry. Mailed on Fri 11/12/21, to: Hon. Daniel L. Cory, Director, U.S Dept of Justice Washington D.C 20542 * Note: Humanitarian International

\* + DENIED ACCESS TO THE COURT *
NOTICE TO ALL CLERK OFFICES

I, Gerry L. Ranson, P.A., FLA. BAR No. 0114511, HAVE TO MANY UNAKNOWN LEGED APPEALS, BELATED 1B5-5CA, Charlotte Co. Co. Cr. Judge Margaret Gisttenbeck, also 6th Jud. Cir. Ct Notice of BELATED DIRECT APPEAL, etc. included PCA. set filings, all mentioned within Due Diligence shown, This a Gov't Court of Law, as all en U.S.A, elsewhere, I am a Believer. The system works, Nobody Beat the system as con-man, I Agree to all enclosed filing as my originals under constant DEATH THREAT of Emminent and or Immediate Risk of Serious Bodely Harm Death, By any or more of those mentioned within the sealed envelope mail 10/24/21, Sunday note, I am sorry, if I went over somebody head, only a miscarrage of justice warranted. Please make any and all Pre-se Non-Jury Trial(s) Arrangement until finally Secured entirely Court. Results thereever not enclosed, 2nd DCA case no.: 2D21-2903.

Mr. Gerry L. Ranson, P.A
FLABAR No. 0114511 * * *

FILED USDC FLND TL
OCT 26 '21 PM 4:23

FROM: Mr. GERRY L. RAWSON, PRO-SE
DC#B114511, CELL - Q-#2208, C.J.U
WAKULLA CORRECTIONAL INSTITUTION
110 MELALEUCA DRIVE
CRAWFORDVILLE, FLORIDA 32327

CHECKED OCT 2[5] 20[21]

MAILED FROM
A STATE
CORRECTIONAL
INSTITUTION

Hasler
10/25/2021
US POSTAGE $0[.??]
ZIP 32327
011E11675914
FOREVER / USA

TO: CLERK, U.S. DISTRICT COURT / NORTH DIVISION
111 ADAMS STREET
TALLAHASSEE, FLORIDA 32399