IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GERRY L. RANSON,**

    **Plaintiff,**

v.                                      Case No. 4:21-cv-432-AW-MAF

**AMERICAN CORRECTIONAL
ASSOCIATION, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's March 31 Report and Recommendation, ECF No. 9, to which there has been no objection. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 9) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order."

3. The clerk will close the file.

SO ORDERED on May 10, 2022.

                                               s/ *Allen Winsor*
                                               United States District Judge